UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI L. MCCOMMONS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No.    10-14992

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on June 04, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

        DAVID WEAVER

Dated: June 4, 2012      By: s/Julie Owens
           Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 4, 2012, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160